IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
    v.                      )        2:21cr338-MHT
                            )             (WO)
CHRISTOPHER McWILLIAMS      )
```

### JUDGMENT

Upon consideration of the government's motion to dismiss the indictment, and based upon defendant Christopher McWilliams's successful completion of the pretrial diversion program, it is ORDERED, ADJUDGED, and DECREED that:

(1) The motion to dismiss (Doc. 30) is granted.

(2) The indictment (Doc. 1) is dismissed with prejudice, and defendant Christopher McWilliams is discharged.

DONE, this the 15th day of February, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**